213 So.2d 666

**Walter R. HUNT**

v.

**STATE.**

**5 Div. 864.**

Supreme Court of Alabama.

Aug. 29, 1968.

H. Gerald Reynolds and Wm. I. Byrd, Alexander City, for petitioner.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Walter R. Hunt for certiorari to the Court of Appeals to review and revise the judgment and decision in Hunt v. State, 44 Ala.App. 479, 213 So.2d 664 (5 Div. 708).

Writ denied.

LAWSON, MERRILL and HARWOOD, JJ., concur.

208 So.2d 913

**LOUISVILLE & NASHVILLE R. CO.**

v.

**Richard A. LEWIS.**

**4 Div. 321.**

Supreme Court of Alabama.

April 11, 1968.

Jas. A. Mulkey, Geneva, for petitioner.

Jos. P. Hughes, Geneva, opposed.

COLEMAN, Justice.

Petition of Louisville & Nashville Railroad Company for certiorari to the Court of Appeals to review and revise the judgment and decision in Louisville & Nashville R. Co. v. Lewis, 44 Ala.App. 360, 208 So.2d 911.

Writ denied.

LIVINGSTON, C. J., and LAWSON and HARWOOD, JJ., concur.

208 So.2d 801

**Larry MELVIN**

v.

**STATE.**

**4 Div. 322.**

Supreme Court of Alabama.

April 4, 1968.

Farmer & Farmer, Dothan, for petitioner.

MacDonald Gallion, Atty. Gen., and John A. Lockett, Jr., Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Larry Melvin for certiorari to the Court of Appeals to review and revise the judgment and decision in Melvin v. State, 44 Ala.App. 351, 208 So.2d 799.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.